## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK,

    Plaintiff,

   v.

ILLUMINA, INC.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. _____

### PLAINTIFF'S FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff The

Trustees of Columbia University in the City of New York ("Columbia University") hereby states

that Columbia University has no parent corporation, and that no publicly held corporation owns

10% or more of Columbia University's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

OF COUNSEL:

Donald J. Curry
Robert S. Schwartz
Brendan M. O'Malley
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100

March 26, 2012