IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK and INTELLIGENT BIO-SYSTEMS, INC., <br><br>    Plaintiffs, <br><br>  v. <br><br>ILLUMINA, INC., <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 12-376 (GMS) ) ) ) ) ) |
| ILLUMINA, INC., and ILLUMINA CAMBRIDGE, <br><br>    Counterclaim-Plaintiffs, <br><br>  v. <br><br>INTELLIGENT BIO-SYSTEMS, INC., <br><br>    Counterclaim-Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the appearance of Haninah Levine of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for Plaintiff The Trustees of Columbia University in the City of New York ("Columbia") is hereby withdrawn.  Morris, Nichols, Arsht & Tunnell LLP, Fitzpatrick, Cella, Harper & Scinto, and Wilmer Cutler Pickering Hale and Dorr LLP will continue to represent Columbia.

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jack B. Blumenfeld* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>nmoreika@mnat.com |
| Donald J. Curry<br>Michael P. McGraw<br>Robert S. Schwartz<br>Stephen K. Sullivan<br>Brendan M. O'Malley<br>Siew Yen Chong<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>(212) 218-2100 | *Attorneys for The Trustees of Columbia University in the City of New York* |
| William G. McElwain<br>Jamie T. Wisz<br>Paul R.Q. Wolfson<br>Heather M. Petruzzi<br>Matthew Guarnieri<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>(202) 663-6000 | |
| July 10, 2015 | |

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 10, 2015, upon the following in the manner indicated:

| | |
|---|---|
| Beth Moskow-Schnoll, Esquire<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE  19801<br>*Attorneys for Intelligent Bio-Systems Inc.* | *VIA ELECTRONIC MAIL* |
| Robert R. Baron Jr., Esquire<br>Marc S. Segal, Esquire<br>Daniel A. Nadel, Esquire<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103<br>*Attorneys for Intelligent Bio-Systems Inc.* | *VIA ELECTRONIC MAIL* |
| Peter G. Carroll, Ph.D., Esquire<br>MEDLEN & CARROLL LLP<br>100 Grandview Road, Suite 403<br>Braintree, MA  02184<br>*Attorneys for Intelligent Bio-Systems Inc.* | *VIA ELECTRONIC MAIL* |
| Steven J. Balick, Esquire<br>Lauren E. Maguire, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19899<br>*Attorneys for Illumina, Inc. and Illumina Cambridge Ltd.* | *VIA ELECTRONIC MAIL* |

2

| | |
|---|---|
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94067<br>*Attorneys for Illumina, Inc. and*<br>*Illumina Cambridge Ltd.* | *VIA ELECTRONIC MAIL* |
| Robert A. Lawler, Esquire<br>REINHART BOERNER VAN DEUREN<br>22 East Mifflin Street, Suite 600<br>Madison, WI  53703<br>*Attorneys for Illumina, Inc. and*<br>*Illumina Cambridge Ltd.* | *VIA ELECTRONIC MAIL* |
| Jeffrey N. Costakos, Esquire<br>FOLEY & LARDNER LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI  53202-5306<br>*Attorneys for Illumina, Inc. and*<br>*Illumina Cambridge Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)