# Ballard Spahr LLP

---

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
TEL 302.252.4465
FAX 302.252.4466
www.ballardspahr.com

Beth Moskow-Schnoll
Tel: 302.252.4447
Fax: 302.252.4466
moskowb@ballardspahr.com

June 13, 2016

*Via ECF*

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: The Trustees of Columbia University in the City of New York and Intelligent Bio-Systems, Inc. v. Illumina, Inc., 12-cv-00376

Dear Judge Sleet:

      The parties jointly write to notify the Court of the following issues, and to respectfully request a status conference at the Court's convenience to discuss them:

- The recent filing by defendants/counterclaim plaintiffs Illumina, Inc. and Illumina Cambridge Ltd. ("Illumina") of a complaint and motion for preliminary injunction alleging patent infringement, filed against plaintiff/counterclaim-defendant Intelligent Bio-Systems, Inc. and other QIAGEN-affiliated companies in the Northern District of California, No. 3:16-cv-02788-WHA, before the Honorable William H. Alsup (the "California Case"). In the California Case, Illumina's complaint and motion for preliminary injunction assert U.S. Patent No. 7,566,537, one of the patents that Illumina asserts against IBS in this case;

- QIAGEN's intent to file a motion in the California Case seeking to transfer the California Case to this Court under the "First Filed" rule;

- the status of the appellate review of the PTAB's decisions for the *inter partes* reviews of the patents-in-suit; and

- the lifting of the stay.

      Thank you for your consideration.

Respectfully submitted,

*/s/ Beth Moskow-Schnoll*

Beth Moskow-Schnoll

cc: Counsel of Record (by ECF and electronic mail)